| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Mark , Wolf L. | 2. Court or Organization<br><br>District of Massachusetts | 3. Date of Report<br><br>07/01/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>1 Courthouse Way<br>Suite 5110<br>Boston, MA 02210 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Chairman Emeritus, Director | Albert Schweitzer Fellowship |
| 2.   Chair | John William Ward Fellowship |
| 3.   Trustee | ▓▓▓▓▓▓▓▓▓ Trust |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Mark, Wolf L.**

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Patent Law Association | 3/26-3/28 | New York | Dinner of Federal Judiciary | transportation, food, lodging |
| 2. | Albert Schweitzer Fellowship | 10/24-10/31 | Lambarene, Gabon | Develop recommendations concerning Schweitzer Hospital | transportation, food, lodging |
| 3. | Albert Schweitzer Fellowship | 10/14-10/16 | Baltimore | Board Meeting | transportation, food, lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA #1 | B | Dividend | L | T | | | | | |
| 2. | -iShares Barclays TIPS Bond Fund 5.298% | | | | | | | | | |
| 3. | -iShares FTSE/Xinhua China 25 Index | | | | | Sold (part) | 10/04/10 | J | A | |
| 4. | -iShares Boxx Investment Grade Corporate Bond Fund | | | | | Sold | 02/02/10 | J | | |
| 5. | -SPDR Gold Trust | | | | | Buy (add'l) | 05/12/10 | J | | |
| 6. | -Vanguard Bond Index Fund | | | | | Buy (add'l) | 06/02/10 | J | | |
| 7. | | | | | | Sold (part) | 08/04/10 | J | A | |
| 8. | -Vanguard International Equity Index | | | | | Sold (part) | 02/02/10 | J | A | |
| 9. | -Vanguard Total Stock Market Index | | | | | Sold (part) | 02/02/10 | J | A | |
| 10. | | | | | | Sold (part) | 10/04/10 | J | B | |
| 11. | -iShares MSCI Japan Index | | | | | Sold | 02/02/10 | J | A | |
| 12. | -Claymore/BNY Mellon BRIC Index | | | | | Sold | 10/04/10 | J | A | |
| 13. | -iShares Barclays 7-10 Year Treasury Bond Fund | | | | | Sold | 11/18/10 | J | A | |
| 14. | -iShares JPMorgan USD Emerging Markets Bond Fund | | | | | Sold (part) | 02/02/10 | J | | |
| 15. | | | | | | Sold | 06/02/10 | J | | |
| 16. | -iShares MSCI Germany Index | | | | | Sold | 02/02/10 | J | | |
| 17. | | | | | | Buy | 12/08/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -iShares Russell 2000 Index | | | | | Sold | 02/02/10 | J | A | |
| 19. | | | | | Buy | 06/02/10 | J | | |
| 20. | | | | | Sold | 10/04/10 | J | A | |
| 21. -DB Commodity Index | | | | | Buy (add'l) | 02/02/10 | J | | |
| 22. | | | | | Sold (part) | 08/12/10 | J | | |
| 23. -SPDR International Gov't Inflation-Protected Bond Index | | | | | Sold (part) | 02/02/10 | J | | |
| 24. | | | | | Sold | 06/02/10 | J | | |
| 25. -WisdomTree Dreyfus Emerging Currency Fund | | | | | Buy (add'l) | 02/02/10 | J | | |
| 26. | | | | | Sold (part) | 06/02/10 | J | | |
| 27. | | | | | Sold | 10/04/10 | J | A | |
| 28. -NASDAQ 100 Index | | | | | Sold (part) | 06/02/10 | J | A | |
| 29. | | | | | Sold | 10/04/10 | J | A | |
| 30. -Barclays Bank iPath ETN iPath S&P 500 VIX Short | | | | | Buy | 02/02/10 | J | | |
| 31. | | | | | Sold | 03/08/10 | J | | |
| 32. -First Tr BICK Index ETF Emerging Market Equity | | | | | Buy | 10/04/10 | J | | |
| 33. -iShares MSCI Hong Kong | | | | | Buy | 02/02/10 | J | | |
| 34. | | | | | Sold | 06/02/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -iShares MSCI Korea Index Fund | | | | | Buy | 02/02/10 | J | | |
| 36. | | | | | Sold | 06/02/10 | J | | |
| 37. -iShares Trust iBoxx High Yield Corp | | | | | Buy | 02/02/10 | J | | |
| 38. | | | | | Sold | 10/04/10 | J | | |
| 39. -PIMCO Exch Traded Fund 15+ Yr US TIPS Index Fund | | | | | Buy | 10/04/10 | J | | |
| 40. -PIMCO Exch Traded Fund Enhanced Short Marurity | | | | | Buy | 11/18/10 | J | | |
| 41. | | | | | Sold (part) | 12/08/10 | J | | |
| 42. -DB Agriculture Index | | | | | Buy | 02/02/10 | J | | |
| 43. | | | | | Sold | 05/12/10 | J | | |
| 44. -SPDR Emerging Markets Small Cap Fund | | | | | Buy | 6/2/10 | J | | |
| 45. | | | | | Buy (add'l) | 9/9/10 | J | | |
| 46. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 47. -SPDR S&P Dividend | | | | | Buy | 10/04/10 | J | | |
| 48. -Vanguard Dividend Appreciation Index | | | | | Buy | 02/02/10 | J | | |
| 49. | | | | | Buy (add'l) | 03/17/10 | J | | |
| 50. | | | | | Sold (part) | 10/04/10 | J | A | |
| 51. -Vanguard REIT | | | | | Buy | 09/15/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 53. -WisdomTree Emerging ETF Mkts Local Debt Fund | | | | | Buy | 08/09/10 | J | | |
| 54. -WisdomTree India Earning | | | | | Buy | 07/13/10 | J | | |
| 55. -Schwab Govt Money Fund | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. IRA #2 | C | Dividend | M | T | | | | | |
| 62. -iShares Barclays TIPS Bond Fund 5.298% | | | | | Buy (add'l) | 04/13/10 | J | | |
| 63. -iShares FTSE/Xinhua China 25 Index | | | | | Sold (part) | 10/04/10 | J | B | |
| 64. -iShares iBoxx Investment Grade Corporate Bond Fund | | | | | Sold | 02/02/10 | J | B | |
| 65. -SPDR Gold Trust | | | | | Buy (add'l) | 05/12/10 | J | | |
| 66. -Vanguard Bond Index Fund | | | | | Buy (add'l) | 04/13/10 | J | | |
| 67. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 68. | | | | | Sold (part) | 08/04/10 | J | A | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard International Equity Index | | | | | Sold (part) | 02/02/10 | J | A | |
| 70. -iShares MSCI Japan Index | | | | | Sold | 02/02/10 | J | B | |
| 71. -Claymore/BNY Mellon BRIC Index | | | | | Sold | 10/04/10 | J | B | |
| 72. -iShares Barclays 7-10 Year Treasury Bond Fund | | | | | Buy (add'l) | 04/13/10 | J | | |
| 73. | | | | | Sold | 11/18/10 | J | A | |
| 74. -iShares JPMorgan USD Emerging Markets Bond Fund | | | | | Sold (part) | 02/02/10 | J | | |
| 75. | | | | | Sold | 06/02/10 | J | | |
| 76. -iShares MSCI Germany Index | | | | | Sold | 02/02/10 | J | | |
| 77. | | | | | Buy | 12/08/10 | J | | |
| 78. -iShares Russell 2000 Index | | | | | Sold | 02/02/10 | J | A | |
| 79. | | | | | Buy | 06/02/10 | J | | |
| 80. | | | | | Sold | 10/04/10 | J | A | |
| 81. -DB Commodity Index | | | | | Buy (add'l) | 02/02/10 | J | | |
| 82. | | | | | Sold (part) | 08/12/10 | J | | |
| 83. -SPDR International Gov't Inflation-Protected Bond Index | | | | | Sold (part) | 02/02/10 | J | | |
| 84. | | | | | Sold | 06/02/10 | J | | |
| 85. -WisdomTree Dreyfus Emerging Currency Fund | | | | | Buy (add'l) | 02/02/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 06/02/10 | J | | |
| 87. | | | | | Sold | 10/04/10 | J | A | |
| 88. -NASDAQ 100 Index | | | | | Sold (part) | 06/02/10 | J | A | |
| 89. | | | | | Sold | 10/04/10 | J | A | |
| 90. -First Trust BICK Index | | | | | Buy | 10/04/10 | J | | |
| 91. -Powershares DB Multi Sector Agriculture | | | | | Buy | 02/02/10 | J | | |
| 92. | | | | | Sold | 05/12/10 | J | | |
| 93. -WisdomTree Emerging ETF Mkts Local Debt Fund | | | | | Buy | 08/09/10 | J | | |
| 94. -WisdomTree India Earnings | | | | | Buy | 07/13/10 | J | | |
| 95. -iShares MSCI Hold Kong Index | | | | | Buy | 02/02/10 | J | | |
| 96. | | | | | Sold | 06/02/10 | J | | |
| 97. -SPDR S&P Emerging Markets Small Cap | | | | | Buy | 06/02/10 | J | | |
| 98. | | | | | Buy (add'l) | 09/09/10 | J | | |
| 99. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 100. -iShares MSCI Korea Index Fund | | | | | Buy | 02/02/10 | J | | |
| 101. | | | | | Sold | 06/02/10 | J | | |
| 102. -Ishares iBoxx High Yield Corp Bond | | | | | Buy | 02/02/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 10/04/10 | J | A | |
| 104. -PIMCO Exch Traded Fund 15+ yr US TIPS Index | | | | | Buy | 10/04/10 | J | | |
| 105. -PIMCO Enhanced Short Maturity Strgy ETF | | | | | Buy | 11/18/10 | J | | |
| 106. | | | | | Sold (part) | 12/08/10 | J | | |
| 107. -SPDR S&P Dividend ETF | | | | | Buy | 10/04/10 | J | | |
| 108. -Vanguard Dividend Appreciation Index | | | | | Buy | 02/02/10 | J | | |
| 109. | | | | | Buy (add'l) | 03/17/10 | J | | |
| 110. | | | | | Sold (part) | 10/04/10 | J | A | |
| 111. -Vanguard REIT | | | | | Buy | 09/15/10 | J | | |
| 112. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 113. -Vanguard Total Stock Market | | | | | Sold (part) | 02/02/10 | J | A | |
| 114. | | | | | Sold (part) | 10/04/10 | J | C | |
| 115. -Barclays Bank Plc iPath S&P 500 Vix | | | | | Buy | 02/02/10 | J | | |
| 116. | | | | | Sold | 03/08/10 | J | | |
| 117. -Schwab Govt Money Fund | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |
| 123. | | | | | | | | | |
| 124. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 125. iShares Barclays 1-3 Year Treasury Bond Fund | A | Dividend | K | T | Sold (part) | 02/02/10 | J | | |
| 126. iShares Barclays TIPS Bond Fund 5.298% | A | Dividend | K | T | Buy (add'l) | 10/04/10 | J | | |
| 127. iShares FTSE/Xinhua China 25 Index | A | Dividend | J | T | | | | | |
| 128. SPDR Gold Trust | | None | J | T | Buy (add'l) | 05/12/10 | J | | |
| 129. | | | | | Sold (part) | 06/02/10 | J | A | |
| 130. Vanguard Bond Index Fund | A | Dividend | K | T | Buy (add'l) | 06/02/10 | J | | |
| 131. Vanguard Total Stock Market Index | A | Dividend | | | Sold (part) | 02/02/10 | J | B | |
| 132. | | | | | Sold | 06/02/10 | J | B | |
| 133. iShares MSCI Japan Index | | None | | | Sold | 02/02/10 | J | A | |
| 134. iShares 7-10 Year Treasury Bond Fund | A | Dividend | | | Sold | 11/18/10 | J | A | |
| 135. iShares JPMorgan USD Emerging Markets Bond Fund | A | Dividend | | | Sold (part) | 02/02/10 | J | | |
| 136. | | | | | Sold | 06/02/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Shares MSCI Germany Index | | None | | | Sold | 02/02/10 | J | | |
| 138. Shares Russell 2000 Index | | None | | | Sold | 02/02/10 | J | A | |
| 139. iShares Barclays Short Treasury Bond Fund | A | Dividend | | | Sold (part) | 02/02/10 | J | | |
| 140. | | | | | Sold | 10/04/10 | K | | |
| 141. SPDR International Gov't Inflation-Protected Bond Index | A | Dividend | | | Sold | 06/02/10 | J | | |
| 142. WisdomTree Dreyfus Emerging Currency Fund | | None | | | Buy (add'l) | 02/02/10 | J | | |
| 143. | | | | | Sold (part) | 06/02/10 | J | | |
| 144. | | | | | Sold | 08/04/10 | J | A | |
| 145. NASDAQ 100 Index | A | Dividend | | | Sold | 02/02/10 | J | | |
| 146. | | | | | Buy | 06/02/10 | J | | |
| 147. | | | | | Sold | 10/04/10 | J | A | |
| 148. DB Powershares MultiSector Agriculture | | None | | | Buy | 02/02/10 | J | | |
| 149. | | | | | Sold | 05/12/10 | J | | |
| 150. DB Powershares Commodity Index | | None | J | T | Buy | 02/02/10 | J | | |
| 151. | | | | | Sold (part) | 08/12/10 | J | | |
| 152. Wisdomtree Emerging Markets Local Debt Fund | A | Dividend | J | T | Buy | 08/09/10 | J | | |
| 153. WisdomTree India Earnings | A | Dividend | J | T | Buy | 07/13/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset ex mpt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Ishares MSCI Hong Kong Index | | None | | | Buy | 02/02/10 | J | | |
| 155. | | | | | Sold | 06/02/10 | J | | |
| 156. SPDR S&P Emerging Markets Small Cap | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 157. Ishares iBoxx High Yield Corp Bond | A | Dividend | | | Buy | 02/02/10 | J | | |
| 158. | | | | | Sold | 10/04/10 | J | A | |
| 159. PIMCO 15+ Year US TIPS Index ETF | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 160. PIMCO Enhanced Short Maturity Strgy ETF | A | Dividend | K | T | Buy | 06/02/10 | J | | |
| 161. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 162. | | | | | Buy (add'l) | 11/18/10 | J | | |
| 163. SPDR S&P Dividend | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 164. Vanguard Dividend Appreciation | A | Dividend | J | T | Buy | 02/02/10 | J | | |
| 165. | | | | | Buy (add'l) | 03/17/10 | J | | |
| 166. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 167. | | | | | Sold (part) | 10/04/10 | J | A | |
| 168. Vanguard REIT Index | A | Dividend | J | T | Buy | 09/15/10 | J | | |
| 169. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 170. Barclays Bank Plc iPath S&P 500 Vix | | None | | | Buy | 02/02/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | Sold | 03/08/10 | J | | |
| 172. Schwab Government Money Fund | | None | J | T | | | | | |
| 173. | | | | | | | | | |
| 174. | | | | | | | | | |
| 175. | | | | | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 179. McDonald's Corp | B | Dividend | K | T | | | | | |
| 180. Schwab Govt Money Fund | A | Dividend | J | T | | | | | |
| 181. Ma. St. Sales Tax 5% 8/5/17 | A | Interest | | | Sold | 10/19/10 | K | B | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |
| 186. BROKERAGE ACCOUNT #3 | | | | | | | | | |
| 187. iShares Barclays TIPS Bond Fund 5.298% | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. iShares FTSE/Xinhua China 25 Index | A | Dividend | J | T | Sold (part) | 10/04/10 | J | C | |
| 189. iShares GSCI Commodity Trust | | None | | | Sold | 08/12/10 | J | | |
| 190. iShares iBoxx Investment Grade Corporate Bond Fund | A | Dividend | | | Sold | 02/02/10 | K | C | |
| 191. SPDR Gold Trust | | None | K | T | Buy (add'l) | 05/12/10 | J | | |
| 192. Vanguard Bond Index Fund | B | Dividend | K | T | Buy (add'l) | 06/02/10 | K | | |
| 193. | | | | | Sold (part) | 08/04/10 | J | A | |
| 194. Vanguard International Equity Index | A | Dividend | J | T | Sold (part) | 02/02/10 | J | B | |
| 195. Vanguard Total Stock Market Index | A | Dividend | K | T | Sold (part) | 02/02/10 | J | B | |
| 196. | | | | | Sold (part) | 10/04/10 | K | D | |
| 197. iShares MSCI Japan Index | | None | | | Sold | 02/02/10 | J | B | |
| 198. Claymore/BNY Mellon BRIC Index | | None | | | Sold | 10/04/10 | J | C | |
| 199. iShares Barclays 7-10 Year Treasury Bond | A | Dividend | | | Sold | 11/18/10 | K | B | |
| 200. iShares JPMorgan USD Emerging Markets Bond Fund | A | Dividend | | | Sold (part) | 02/02/10 | J | | |
| 201. | | | | | Sold | 06/02/10 | J | | |
| 202. iShares MSCI Germany Index | | None | J | T | Sold | 02/02/10 | J | | |
| 203. | | | | | Buy | 12/08/10 | J | | |
| 204. iShares Russell 2000 Index | A | Dividend | | | Sold | 02/02/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Buy | 06/02/10 | J | | |
| 206. | | | | | Sold | 10/04/10 | J | A | |
| 207. SPDR International Gov't Inflation-Protected Bond Index | A | Dividend | | | Sold (part) | 02/02/10 | J | | |
| 208. | | | | | Sold | 06/02/10 | J | | |
| 209. WisdomTree Dreyfus Emerging Currency Fund | | None | | | Buy (add'l) | 02/02/10 | J | | |
| 210. | | | | | Sold (part) | 06/02/10 | K | | |
| 211. | | | | | Sold | 10/04/10 | J | A | |
| 212. NASDAQ 100 Index | A | Dividend | | | Sold (part) | 06/02/10 | J | A | |
| 213. | | | | | Sold | 10/04/10 | J | A | |
| 214. First Trust BICK Index | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 215. DB Powershares MultiSector Agriculture | | None | | | Buy | 02/02/10 | J | | |
| 216. | | | | | Sold | 05/12/10 | J | | |
| 217. DB Powershares Commodity Index | | None | J | T | Buy | 02/02/10 | K | | |
| 218. | | | | | Sold (part) | 08/12/10 | J | | |
| 219. Wisdomtree Emerging Markets Local Debt Fund | A | Dividend | J | T | Buy | 08/09/10 | J | | |
| 220. Wisdomtree India Earning | A | Dividend | J | T | Buy | 07/13/10 | J | | |
| 221. Ishares MSCI Hong Kong Index | | None | | | Buy | 02/02/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold | 06/02/10 | J | | |
| 223. SPDR S&P Emerging Markets Small Cap | A | Dividend | K | T | Buy | 06/02/10 | J | | |
| 224. | | | | | Buy (add'l) | 09/09/10 | J | | |
| 225. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 226. Ishares MSCI Korea Index | | None | | | Buy | 02/02/10 | J | | |
| 227. | | | | | Sold | 06/02/10 | J | | |
| 228. Ishares iBoxx High Yield Corp Bond | A | Dividend | | | Buy | 02/02/10 | J | | |
| 229. | | | | | Sold | 10/04/10 | J | A | |
| 230. PIMCO 15+ Year US TIPS Index ETF | A | Dividend | K | T | Buy | 10/04/10 | K | | |
| 231. PIMCO Enhanced Short Maturity Strgy ETF | A | Dividend | J | T | Buy | 11/18/10 | K | | |
| 232. | | | | | Sold (part) | 12/08/10 | J | | |
| 233. SPDR S&P Dividend | A | Dividend | K | T | Buy | 10/04/10 | K | | |
| 234. Vanguard Dividend Appreciation | A | Dividend | K | T | Buy | 02/02/10 | K | | |
| 235. | | | | | Buy (add'l) | 03/17/10 | J | | |
| 236. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 237. Vanguard REIT | A | Dividend | K | T | Buy | 09/15/10 | J | | |
| 238. | | | | | Buy (add'l) | 10/04/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2.500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Barclays Bank Plc iPath S&P 500 Vix | | None | | | Buy | 02/02/10 | J | | |
| 240. | | | | | Sold | 03/08/10 | J | | |
| 241. Schwab Govt Money Fund | A | Dividend | J | T | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. BROKERAGE ACCOUNT #4 | | | | | | | | | |
| 248. iShares Barclays 1-3 Year Treasury Bond | A | Dividend | J | T | Sold (part) | 02/02/10 | J | | |
| 249. | | | | | Sold (part) | 06/02/10 | J | | |
| 250. | | | | | Sold (part) | 06/11/10 | J | | |
| 251. | | | | | Sold (part) | 07/19/10 | J | | |
| 252. | | | | | Sold (part) | 12/21/10 | J | | |
| 253. iShares Barclays TIPS Bond Fund 5.298% | A | Dividend | J | T | Sold (part) | 06/11/10 | J | A | |
| 254. | | | | | Sold (part) | 07/19/10 | J | A | |
| 255. | | | | | Buy (add'l) | 10/04/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 12/21/10 | J | A | |
| 257. iShares FTSE/Xinhua China 25 Index | A | Dividend | J | T | Sold (part) | 06/02/10 | J | A | |
| 258. | | | | | Sold (part) | 10/04/10 | J | A | |
| 259. SPDR Gold Trust | | None | J | T | Buy (add'l) | 05/12/10 | J | | |
| 260. | | | | | Sold (part) | 06/02/10 | J | A | |
| 261. | | | | | Sold (part) | 07/19/10 | J | A | |
| 262. | | | | | Sold (part) | 12/21/10 | J | A | |
| 263. Vanguard Bond Index Fund | A | Dividend | J | T | Buy (add'l) | 06/02/10 | J | | |
| 264. | | | | | Sold (part) | 06/11/10 | J | A | |
| 265. | | | | | Sold (part) | 07/19/10 | J | A | |
| 266. Vanguard Total Stock Market Index | A | Dividend | | | Sold (part) | 02/02/10 | J | A | |
| 267. | | | | | Sold | 06/02/10 | J | A | |
| 268. iShares MSCI Japan Index | | None | | | Sold | 02/02/10 | J | A | |
| 269. iShares Barclays 7-10 Year Treasury Bond | A | Dividend | | | Sold (part) | 10/04/10 | J | A | |
| 270. | | | | | Sold | 11/18/10 | J | A | |
| 271. iShares JPMorgan USD Emerging Markets Bond Fund | A | Dividend | | | Sold (part) | 02/02/10 | J | | |
| 272. | | | | | Sold | 06/02/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. iShares MSCI Germany Index | | None | | | Sold | 02/02/10 | J | | |
| 274. Russell 2000 Index | | None | | | Sold | 02/02/10 | J | A | |
| 275. SPDR International Gov't Inflation-Protected Bond Index | A | Dividend | | | Sold | 06/02/10 | J | | |
| 276. WisdomTree Dreyfus Emerging Currency Fund | | None | | | Buy (add'l) | 02/02/10 | J | | |
| 277. | | | | | Sold (part) | 06/02/10 | J | | |
| 278. | | | | | Sold | 08/04/10 | J | A | |
| 279. NASDAQ 100 Index | A | Dividend | | | Sold | 02/02/10 | J | | |
| 280. | | | | | Buy | 06/02/10 | J | | |
| 281. | | | | | Sold | 10/04/10 | J | A | |
| 282. DB Agriculture Index | | None | | | Buy | 02/02/10 | J | | |
| 283. | | | | | Sold | 05/12/10 | J | | |
| 284. DB Commodity Index | | None | J | T | Buy | 02/02/10 | J | | |
| 285. | | | | | Sold (part) | 07/19/10 | J | | |
| 286. | | | | | Sold (part) | 08/12/10 | J | | |
| 287. | | | | | Sold (part) | 12/21/10 | J | A | |
| 288. Wisdomtree Emerging Market Local Sovereign Debt | A | Dividend | J | T | Buy | 08/09/10 | J | | |
| 289. WisdomTree India Earnings | A | Dividend | J | T | Buy | 07/13/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 10/04/10 | J | A | |
| 291. Ishares MSCI Hong Kong Index | | None | | | Buy | 02/02/10 | J | | |
| 292. | | | | | Sold | 06/02/10 | J | | |
| 293. SPDR S&P Emerging Markets Small Cap | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 294. Ishares iBoxx High Yield Corp Bond | A | Dividend | | | Buy | 02/02/10 | J | | |
| 295. | | | | | Sold | 10/04/10 | J | A | |
| 296. PIMCO 15+ Year US TIPS Index ETF | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 297. PIMCO Enhanced Short Maturity Strgy ETF | A | Dividend | J | T | Buy | 06/02/10 | J | | |
| 298. | | | | | Sold (part) | 07/19/10 | J | A | |
| 299. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 300. | | | | | Buy (add'l) | 11/18/10 | J | | |
| 301. | | | | | Sold (part) | 12/21/10 | J | A | |
| 302. SPDR S&P Dividend | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 303. Vanguard Dividend Appreciation | A | Dividend | J | T | Buy | 02/02/10 | J | | |
| 304. | | | | | Buy (add'l) | 03/17/10 | J | | |
| 305. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 306. | | | | | Sold (part) | 07/19/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000.001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold (part) | 10/04/10 | J | A | |
| 308. Vanguard REIT Index | A | Dividend | J | T | Buy | 09/15/10 | J | | |
| 309. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 310. Barclays Bank Plc iPath S&P 500 Vix | | None | | | Buy | 02/02/10 | J | | |
| 311. | | | | | Sold | 03/08/10 | J | | |
| 312. Schwab Govt Money Fund | | None | J | T | | | | | |
| 313. | | | | | | | | | |
| 314. | | | | | | | | | |
| 315. | | | | | | | | | |
| 316. | | | | | | | | | |
| 317. | | | | | | | | | |
| 318. CHARLES SCHWAB MONEY MARKET ACCOUNT | A | Interest | J | T | | | | | |
| 319. Fidelity USA (MM) | A | Dividend | K | T | | | | | |
| 320. Bank of America (savings) | A | Interest | K | T | | | | | |
| 321. Bank of America (checking) | A | Interest | K | T | | | | | |
| 322. LILO, LLC (Limited Liability Corporation) | E | Dividend | M | W | | | | | |
| 323. Citizens Bank (savings & checking) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark, Wolf L. | 07/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  Sovereign Bank (savings) | A | Interest | J | T | Buy | 06/15/10 | J | | |
| 325. | | | | | | | | | |
| 326. | | | | | | | | | |
| 327. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2010 most of the assets owned ██████████ were managed by Windward Investments, which recently changed its name to Windhaven Investments ("Windhaven"). Windhaven provided the information in this Report concerning the assets it managed. That information is, to the best of my knowledge, correct.

██████ I invest in what Windhaven calls "Funds," through which identical investments are made simultaneously for many investors. These are not mutual funds. Rather various index shares are bought and sold for individual accounts and various times. Therefore, there are many transactions described in this Report which would not be required to be reported if we were invested in mutual funds which engaged in similar transactions.

In preparing this 2010 Report, Windhaven, and then I, realized that Schwab Government Money Fund Accounts opened ██████████ in 2009 were inadvertently omitted from my 2009 Report. They are included on lines 117, 172, 180, 241, and 312 of this 2010 Report. In addition, McDonalds stock was mistakenly listed twice on my 2009 Report, on lines 9 and 189. It is in this 2010 Report once on line 179. In my 2009 Report, the Vanguard Total Stock Market reported on line 113 of this 2010 Report was reported as "sold," but it appears that it should have been reported as "part sold."

I have not listed in Part VII the asset in my ████████████ Trust reported in part I because I have no beneficial interest in it and do not now control the purchase, sale, or other disposition of the asset.

| Name of Person Reporting | Date of Report |
|---|---|
| Mark , Wolf L. | 07/01/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Wolf L. Mark**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544